UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:19-CR-166-JTM-JEM |
| | ) | |
| DOUGLAS WILSON, | ) | |
|    Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On June 29, 2023, the United States Government appeared by counsel Assistant United States Attorney Michael J. Toth, and Defendant Douglas Wilson appeared in person and by counsel Adam Tavitas and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On September 9, 2020, Defendant Wilson pled guilty to Count 1 charged in the Indictment (distribution of a mixture and substance containing a detectable amount of heroin) and on May 2, 2022, Judge James T. Moody sentenced him to a term of three years of probation subject to specified terms and conditions.

On May 16, 2022, the Government filed a petition alleging that Defendant violated the terms and conditions of probation [DE 55], and an arrest warrant was issued. On August 17, 2022, an Initial Appearance was held.

1

On June 22, 2023, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the June 29, 2023, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Wilson has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Wilson understands the proceedings, allegations and his rights;

3. Defendant Wilson knowingly and voluntarily admitted that he failed to report to probation for an office visit as scheduled; failed to contact his probation officer as requested; hung up on his probation officer after the probation officer identified himself; and had not been placed on location monitoring within 10 business days as required [DE 64];

4. The violations are Grade C violations, Defendant's criminal history category is VI, and the suggested penalty range is 8-14 months incarceration, with a statutory maximum of 36 months; and

5. Defendant Wilson is currently being detained.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Wilson be adjudged to have committed a violation of his supervised release described in the May 16, 2022, Petition [DE 55];

2. The Agreed Disposition of Supervised Release Violation [DE 64] be accepted; and

3. Defendant Wilson be sentenced to a term of 12 months and 1 day of incarceration, with credit for time served while in federal custody, and with a twenty-four month term of supervised release to follow.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 29th day of June, 2023.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
District Judge James Moody