UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19 CR 166 |
| | ) | |
| DOUGLAS WILSON | ) | |

**O R D E R**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 69), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the May 16, 2022, Petition. (DE # 54.) The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 64.) Defendant is sentenced to a term of twelve (12) months and one (1) day of imprisonment, with credit for time served while in federal custody, and with a twenty-four (24) month term of supervised release to follow.

**SO ORDERED.**

Date: June 30, 2023

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT