# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DOUGLAS WILSON, )<br>)<br>Defendant. ) | Case No.: 2:19-cr-166-JTM-AZ |

### FINDINGS, REPORT, AND RECOMMENDATIONS
### OF THE MAGISTRATE JUDGE
### UPON A SUPERVISED RELEASE REVOCATION HEARING

TO:  THE HONORABLE JAMES T. MOODY,
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On September 9, 2025, the United States Government appeared by counsel Assistant United States Attorney Michael J. Toth and Defendant Douglas Wilson appeared in person and by counsel Adam Tavitas and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and argument.

Based upon the record of proceedings the Court makes this Report and Recommendation.  On September 9, 2020, Defendant Wilson pled guilty to Count 1 charged in the Indictment (distribution of heroin) and on May 2, 2022, Judge Moody sentenced him to a term of three years of supervised release. DE 31, 51.

On October 24, 20254, the Probation Department filed a Petition for Summons for Offender Under Supervision stating that Defendant Wilson had violated the terms of his supervised release. DE 77. The Court issued a summons and set the matter for

an Initial Appearance on November 13, 2024. DE 78-79. Defendant failed to appear at the initial hearing and an arrest warrant was issued. DE 80. Defendant Wilson was arrested on April 30, 2025. DE 86. On May 2, 2025, the Court held an Initial Appearance for revocation of supervised release. DE 84.

On May 27, 2025, the Probation Department filed a Summary Report of Violations for Defendant Wilson. The violations included one (1) Grade B violation, and three (3) Grade C violations as defined pursuant to sentencing guideline 7B1.1. DE 87. On July 8, 2025, the Government filed an Agreed Disposition of Supervised Release Violations. DE 88. In that document, Defendant Wilson agrees and admitted to the Grade C violations and specifically that:

> [B]etween March 20, 2024, and the time off his arrest on April 30, 2025, Douglas Wilson was inconsistent in reporting to U.S. Probation for the first seven (7) months, and then made no further contact after August 29, 2024, as required by Discretionary Conditions Numbers 2, 5, and 13 of the terms of his supervised release. Furthermore, on June 20, 2024, Douglas Wilson agreed to reenroll in mental health treatment, but failed to contact the provider as instructed. Therefore, he failed to participate in a mental health treatment program as required by Discretionary Condition Number 20 of the terms of his supervised release.

*Id.* at ¶ 2. In exchange, the Government agreed to dismiss the Grade B violation alleged in the petition. *Id.*

On August 8, 2025, Judge Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant

2

to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1. DE 90.

As a result of the September 9, 2025, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Wilson has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Wilson understands the proceedings, allegations and his rights;

3. Defendant Wilson knowingly and voluntarily admitted that he violated the terms of his supervised release by failing to report to U.S. Probation and by failing to enroll in mental health treatment;

4. These are Grade C violations, Defendant's criminal history category is VI, and the suggested penalty range is 8-14 months incarceration, with a statutory maximum of two years;

5. The Government and Probation Department recommend a sentence of 14 months of incarceration; and

6. Defendant Wilson is currently being detained.

The undersigned Magistrate Judge **RECOMMENDS** to that:

1. Defendant Wilson be adjudged to have committed the Grade C violations of his supervised release described in the May 27, 2025 Petition [DE 87];

2. The Agreed Disposition of Supervised Release Violation [DE 88] be accepted; and

3. Defendant Wilson be sentenced to a term of 12 months and one (1) day of incarceration, including time served, if any, as calculated by the Bureau of Prisons, with no term of supervised release to follow.

The parties agreed on the record to waive any objections to these Findings, Report and Recommendation.

SO ORDERED this 9th day of September 2025.

/s/ Abizer Zanzi
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT