UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19 CR 166 |
| | ) | |
| DOUGLAS WILSON | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 93), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. The defendant is **ADJUDGED** to have committed the Grade C violations of his supervised release, as described in the May 27, 2025, Petition. (DE # 87.) The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 88.) The court **REVOKES** defendant's term of supervised release and sentences defendant to a term of 12 months and one (1) days' incarceration, including time served – if any – as calculated by the Bureau of Prisons, with no further term of supervised release to follow.

                **SO ORDERED.**

Date: September 10, 2025

                s/James T. Moody
                JUDGE JAMES T. MOODY
                UNITED STATES DISTRICT COURT